IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN RICE | * |
| | * |
| Plaintiff | * |
| v. | * Civil Action No. 3:05-CV-0958-H |
| | * |
| BRYAN CALDWELL, et al. | * |
| | * |
| Defendants | * |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are correct, and they are ADOPTED as the Findings and Conclusions of the Court.

SO ORDERED.

DATED: July 26, 2005

**BAREFOOT SANDERS, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**